# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

JOSEPH NORMAN SHORT, JR   CASE NO.: 19-11555

DEBTOR,

## OBJECTION TO A MOTION FOR RELIEF FROM STAY

COMES NOW, Deborah Keeton (hereinafter "Keeton"), a creditor of the Debtor, by and through the undersigned counsel, and objects to the Motion for Relief from Stay filed by Alabama Ag Credit, FLCA (Doc. 43) and in support thereof states as follows:

1. On November 20, 2019 Alabama Ag Credit, FLCA (hereinafter "Movant" filed its Motion for Relief from Stay (Doc. 43) seeking relief to foreclose on the home place of the Debtor. In support thereof, the Movant set forth that there is no equity in the Debtor's property. The fact summary sheet accompanying the Motion for Relief (Doc. 44) states that the payoff amount on the Movant's debt $64,155.34 and the value of the collateral is $34,776.00 as "derived from the Debtor's schedules."

2. The value listed on the Debtor's schedules has been an issue before this Court in various matters between Keeton and the Debtor. The Debtor was challenged at his 341 meeting as to why the value listed on the schedules is substantially below the tax assessor's listed value of $105,700.00. See attached Exhibit "A". When the matter of valuation came up in relation to the Debtor's Motion to Avoid Judicial Lien (Doc. 8), the Court set an evidentiary hearing on the valuation of the property and ordered the Debtor, in the interim, to obtain an appraisal on the property. See Doc. 20. The Debtor failed

to obtain an appraisal on his property, but Keeton had the property appraised by Courtney and Morris Appraisals, Inc. under which appraisal the Debtor's property appraised for $110,000.00. See attached Exhibit "B". The Court ultimately heard the matter on October 8, 2019 at which time the Debtor did not dispute the veracity of Keeton's appraisal or offer up any evidence to the contrary. This resulted in the Court denying the Debtor's Motion to Avoid Judicial Lien as moot. See Doc 42.

3. Keeton would contend there is significant equity in the Debtor's real property in excess of the mortgage of Alabama Ag Credit, FCLA to deny relief from stay in this instance. Keeton proposes that the property should be sold by the Trustee as it should bring in sufficient funds to pay the Movant in full and allow recovery for the unsecured creditors of the Debtor.

WHEREFORE, based upon the foregoing, Deborah Keeton moves this Court to deny the Motion for Relief from Stay.

Respectfully submitted,

**s/J. Willis Garrett, III**
GALLOWAY, WETTERMARK
 & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Deborah Keeton*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the system, which will send notification of such filing to the following:

Alex Almond
Bowden Brown

and I hereby certify that I have mailed by United States Postal Service the document to the following non- participants:

None.

**s/J. Willis Garrett, III**